UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CARL FULMORE, FRANCIS FULMORE, ALAN R. AKERS, PATRICIA BAMIDELE-ACQUAYE, DAVID TAYLOR, and MARIA A. BAVEN, | ) ) ) ) ) |
| Plaintiffs, | ) CASE NO. 1:03-cv-0797- DFH-VSS |
| v. | ) ) ) |
| HOME DEPOT, U.S.A., INC., | ) ) |
| Defendant. | ) |

ORDER ON MOTION TO DEEM FACTS ADMITTED AND TO STRIKE BRIEF

Defendant's motion to deem facts admitted and to strike Alan Akers' reply brief (Docket No. 111) is hereby denied. Akers' amended response to summary judgment, filed February 18, 2005 as Docket No. 117, appears to have cured the overarching defect with the original response, which had been filed on January 21, 2005 as Docket No. 107. The court will address more detailed issues in connection with its ruling on all of the related motions for summary judgment, briefing on which is massive and was completed only recently.

So ordered.

Date: September 28, 2005

_____
DAVID F. HAMILTON, JUDGE
United States District Court
Southern District of Indiana

-2-

Copies to:

Richard L. Darst
COHEN GARELICK & GLAZIER
rdarst@fed-law.com

Louis Bennet Eble
VERCRUYSSE  MURRAY & CALZONE, P.C.
leble@vmclaw.com

Brian L. McDermott
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
brian.mcdermott@odnss.com

Gregory V. Murray
VERCRUYSSE MURRAY & CALZONE, P.C.
gmurray@vmclaw.com

Kenneth B. Siepman
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
kenneth.siepman@odnss.com